UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERRY TOLIVER, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-2484 EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed two motions regarding the court's jurisdiction in this action. ECF Nos. 12, 13. Within 21 days of the date of this order, defendants shall file an opposition or a statement of no opposition to the motions. E.D. Cal. L.R. 230(*l*).

So ordered.

DATED: October 19, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE