1 | LONGYEAR, O'DEA & LAVRA, LLP
Van Longyear, CSB No. 84189
2 | Peter C. Zilaff, CSB No. 272658
3620 American River Drive, Suite 230
3 | Sacramento, CA 95864
Phone: 916-974-8500
4 | Facsimile: 916-974-8510

5 | Attorneys for Defendants, TERRY TOLIVER, CAPTAIN PATTISON,
LT. RICH RIDER, LT. P. MASSA

6

7 | **UNITED STATES DISTRICT COURT**

8 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 | JASEN LYNN DUSHANE,                    ) Case No. 2:14-cv-2484 EFB P
                                         )
11 |        Plaintiff,                     )
                                         )
12 | vs.                                   ) **STIPULATION AND [PROPOSED]**
                                         ) **ORDER TO EXTEND TIME FOR THE**
13 | TERRY TOLIVER,                        ) **PARTIES TO FILE DISPOSITIVE**
CAPTAIN PATTISON,                        ) **MOTIONS**
14 | LT. RICH RIDER,                       )
LT. P. MASSA,                            )
15 |                                       )
                                         )
16 |        Defendants.                    )

17

18 |        The parties, Plaintiff Jasen DuShane and Defendants Terry Toliver, Rick Pattison, Rich

19 | Rider and Philip Massa, by and through their attorney, stipulate to extend the time for deadline

20 | for dispositive motions for purposes of settlement negotiations.

21 |        The parties request a four week extension of time to file and serve dispositive motions,

22 | currently set to be filed on March 18, 2016[1] (ECF No. 19), for the reasons set forth in the

23 | attached declaration.

24 | Dated: March 4, 2016                  LONGYEAR, O'DEA & LAVRA, LLP
                                         By: _/S/: Peter C. Zilaff_____
25 |                                         VAN LONGYEAR
                                         PETER C. ZILAFF
26 |                                         Attorneys for Defendants,
                                         TERRY TOLIVER, CAPTAIN PATTISON,
27 |                                         LT. RICH RIDER, LT. P. MASSA

28 | _____

[1] The Court's October 19, 2015 discovery and scheduling order set the last day to file dispositive motions as March 20, 2016.  As March 20 is a Sunday, the last business day to file dispositive motions is currently March 18.

1

2
       Good cause appearing, and based on plaintiff's telephonic stipulation to the request made

3
above, the parties' request for a four week extension of time to file and serve dispositive motions

4
is granted.

5
IT IS SO ORDERED.

6
Dated: March 15, 2016

7
                JUDGE OF THE U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28