James V. Weixel (Bar No. 166024)
**WEIXEL LAW OFFICE**
150 Post Street, Suite 520
San Francisco, California 94108
Telephone: (415) 691-7495
Facsimile: (866) 640-3918
Email: *appeals@jimweixel.com*

Attorney for Plaintiff JASEN LYNN DUSHANE

**LONGYEAR, O'DEA & LAVRA, LLP**
Van Longyear, CSB No. 84189
Peter C. Zilaff, CSB No. 272658
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants TERRY TOLIVER, CAPTAIN PATTISON, LT. RICH RIDER, LT. P. MASSA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>      Plaintiff,<br><br>   v.<br><br>TERRY TOLIVER, *et al.,*<br><br>      Defendants. | No. 2:14-cv-2484-EFB P<br><br>Hon. Edmund F. Brennan, U.S. Magistrate Judge<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME RE SUMMARY JUDGMENT BRIEFING SCHEDULES** |

Pursuant to Local Rules 143 and 144, Plaintiff JASEN LYNN DUSHANE and Defendants TERRY TOLIVER, CAPTAIN PATTISON, LT. RICH RIDER, and LT. P. MASSA, by and through their respective undersigned counsel, stipulate and agree as follows:

1. Plaintiff's counsel, James V. Weixel, Esq., was recently appointed to represent Plaintiff in this action and in three other actions filed by Plaintiff on a limited-purpose basis.

1

_____
STIPULATION AND ORDER FOR EXTENSION OF TIME RE SUMMARY JUDGMENT BRIEFING SCHEDULE
*DuShane v. Toliver, et al.* – No. 2:14-cv-2484-EFB P

2. Plaintiff still needs to file a reply to Defendants' opposition to Plaintiff's motion for summary judgment. Upon the previous stipulation of the parties (when Plaintiff was still proceeding in pro per), the Court extended the time in which to file dispositive motions until April 15, 2016.

3. The parties recognize that Mr. Weixel will require some time to familiarize himself with the pleadings and discovery in this matter before being able to prepare meaningful responses to Defendants' motions and oppositions. The parties have also discussed resolution possibilities, and agree that it would be appropriate to engage in settlement efforts before the parties are required to engage in further motion practice and briefing.

4. In light of the foregoing considerations, the parties stipulate and agree that (a) Plaintiff's time to file his reply to Defendants' opposition to Plaintiff's motion for summary judgment may be extended up to and including May 13, 2016; and (b) Defendants' time to file a motion for summary judgment and/or summary adjudication may be extended by 28 days, up to and including May 13, 2016.

5. The parties respectfully request that the Court enter the order below according to the terms of this stipulation.

Dated: March 31, 2016.                **WEIXEL LAW OFFICE**

By: _/s/ James V. Weixel_
James V. Weixel

Attorney for Plaintiff JASEN LYNN DUSHANE

Dated: March 31, 2016.                **LONGYEAR, O'DEA & LAVRA, LLP**

By: _/s/ Peter C. Zilaff_ (as authorized on 3/31/2016)
Peter C. Zilaff

Attorneys for Defendants TERRY TOLIVER, CAPTAIN PATTISON, LT. RICH RIDER, LT. P. MASSA

### ORDER

Pursuant to the terms of the stipulation above, IT IS SO ORDERED.

Dated: April 4, 2016.                _____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER FOR EXTENSION OF TIME RE SUMMARY JUDGMENT BRIEFING SCHEDULE
*DuShane v. Toliver, et al.* – No. 2:14-cv-2484-EFB P